UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | CRIMINAL ACTION NUMBER |
| | : | 1:19-c-CR-103-TCB-AJB-2 |
| NATASHA NATILE FRANCE | : | |

<u>MOTION TO SUPPRESS EVIDENCE</u>

COMES NOW, Defendant Natasha Natile France, by and through Counsel, pursuant to Fed. R. Evid. 12(b)(3)(C) moves this Court to suppress evidence seized by law enforcement without a warrant on the following grounds:

On March 19, 2009, a grand jury sitting in the northern district of Georgia returned an indictment charging Ms. France with one count of conspiracy in violation of 18 U.S.C. §371, three counts of making a false statement to federally licensed firearms dealers in violation of 18 U.S.C. §922(a)(6), and two counts of failing to submit export information in violation of 13 U.S.C. §305.

On November 14, 2018, according to documents provided in Rule 16 discovery, federal law enforcement at the St. Thomas, V.I. post office, intercepted five parcel post packages which all had the return address of Natasha France, 1820 Mulkey Road, Apt. 801, Austell, Georgia 30106. Lacking reasonable articulable suspicion, the federal agents detained the five packages and proceeded to search the contents

1

of the packages without obtaining a search warrant. The fruits of the November 14, 2018, illegal search was the basis of the government's affidavit to support the issuance of both an arrest warrant for Ms. France and a search warrant for 1820 Mulkey Road, Apt. 801, Austell, Georgia.

On December 14, 2018, Ms. France was arrested, during a traffic stop in Griffin, Georgia, on the outstanding arrest warrant. According to an audio recording provided in Rule 16 discovery, during the arrest law enforcement encouraged Ms. France to call a friend to pick up her vehicle. Ms. France, in handcuffs, used her thumbprint to open her cell phone to make a phone call. After the call was disconnected, a federal agent continued to search through her phone in order to disable her passcode. Despite Ms. France's protestations, the federal agent continued to peruse through her cell phone without a search warrant.

The Fourth Amendment protects the "right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures." U.S. Const. amend. IV. This fundamental right is generally preserved by a requirement that searches be conducted pursuant to a warrant issued by an independent judicial officer upon a showing of probable cause. *See* Maryland v. Dyson, 527 U.S. 465, 466 (1999). The appropriate remedy for an unreasonable,

warrantless search is the exclusion of the seized evidence. *See* Mapp v. Ohio, 367 U.S. 643 (1961).

Under Supreme Court precedent, the exclusionary rule reaches not only primary evidence obtained as a direct result of an illegal search or seizure, Weeks v. United States, 232 U.S. 383 (1914), but also evidence later discovered and found to be derivative of an illegality or "fruit of the poisonous tree." Nardone v. United States, 308 U.S. 338, 341 (1939). It "extends as well to the indirect as the direct products" of unconstitutional conduct. Wong Sun v. United States, 371 U.S. 471, 484 (1963).

WHEREFORE Defendant Natasha Natile France respectfully requests that this Court hold an evidentiary hearing where the facts and circumstances of the November 14, 2018, warrantless search of Ms. France's five parcel post packages, and the December 14, 2018, warrantless search of Ms. France's cell phone can be examined. Thereafter, Defendant requests an opportunity to brief her arguments as to why the search was violative of her Fourth Amendment rights and why the evidence seized should be suppressed.

Respectfully submitted this 2nd day of October, 2019.

*s/ Sarah M. Timmers*
Sarah M. Timmers, Esquire

Georgia Bar No. 122723  
Counsel for Jenkins

279 Washington Avenue  
Marietta, GA 30060-1980  
(470) 755-1049 telephone  
(770) 675-7283 facsimile  
sarah@sarahmtimmers.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | CRIMINAL ACTION NUMBER |
| | : | 1:19-c-CR-103-TCB-AJB-2 |
| NATASHA NATILE FRANCE | : | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this date electronically filed Defendant's Motion to Suppress Evidence using the CM/ECF system, which will automatically send email notification of such filing to all parties of record in this case.

This 2nd day of October. 2019.

<u>*s/ Sarah M. Timmers*</u>
Sarah M. Timmers, Esquire
Georgia Bar No. 122723
Counsel for Jenkins

279 Washington Avenue
Marietta, GA 30060-1980
(470) 755-1049 telephone
(770) 675-7283 facsimile
sarah@sarahmtimmers.com